IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NAUDIA N., | Case No. 3:20-cv-01862-SB |
| Plaintiff, | **ORDER FOR REMAND** |
| v. | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ shall address the medical source opinion of Jeanne E. Lakey-Smith, LCSW. The ALJ shall also re-evaluate all the medical opinion evidence, claimant's statements, lay witness evidence, the RFC, and findings at step four and five, as necessary. The parties agree that reasonable attorney fees, expenses, and costs may

be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 16th day of July, 2021.

*Stacie F. Beckerman*
_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge